# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Femme Comp, Inc. ) ASBCA Nos. 59066, 59227
) 59228, 60001
)
Under Contract Nos. DCA100-02-D-4004 )
DASG62-03-D-0006 )

APPEARANCES FOR THE APPELLANT: Stephen D. Knight, Esq.
Kathryn T. Muldoon, Esq.
Nicholas J. Surace, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Arthur M. Taylor, Esq.
  Deputy Chief Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

Following Alternative Disputes Resolution proceedings, the parties settled the referenced appeals and appellant has moved to dismiss them. Accordingly, the appeals are hereby dismissed with prejudice.

Dated: 19 January 2016

ROBERT T. PEACOCK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59066, 59227, 59228, 60001, Appeals of Femme Comp, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals